UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID NATHANIEL GREEN,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA, et al.,<br><br>Defendants. | Civil Action No. 01-0119 (PLF)<br><br>F I L E D<br>SEP - 5 2001<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

The Court has before it defendants' motion to dismiss, plaintiff's motion to amend the complaint and defendants' motion to dismiss the amended complaint. In the motion to dismiss the amended complaint, defendants' concede that leave of court is not required under Rule 15(a) of the Federal Civil Rules of Civil Procedure before plaintiff may amend his complaint and therefore have not filed an opposition to plaintiff's motion to amend. Accordingly, it is hereby

ORDERED that plaintiff's motion to amend the complaint [7-1] is GRANTED; it is

FURTHER ORDERED that defendants' motion to dismiss [2-1] is DENIED as moot; and it is

FURTHER ORDERED that on or before September 21, 2001, plaintiff shall file his opposition to defendants' motion to dismiss the amended complaint. On or before October

1, 2001, defendants' shall file their reply in support of the motion to dismiss the amended complaint.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/5/01